NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000676**
**04-JAN-2022**
**07:52 AM**
**Dkt. 7 OAWST**

NO. CAAP-21-0000676

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of the DECLARATION OF REVOCABLE TRUST OF
PEARL W. MA, dated June 23, 1988, a.k.a.
PEARL W. MA REVOCABLE TRUST, dated June 23, 1988, a.k.a.
PEARL WONG MA TRUST, dated June 23, 1988.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(T. NO. 1CTR-21-0000082 (Trust))

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice, filed December 28, 2021, by Successor Trustee-Appellee Kent Ma, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs, under Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b); (3) the stipulation is dated and signed by all self-represented parties and counsel for all other parties appearing in the appeal; and (4) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, January 4, 2022.

/s/ Katherine G. Leonard
Associate Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge